# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BHCOSMETICS HOLDINGS, LLC <br><br> Debtor. | Chapter 11 <br><br> Case No. 22-10050 (CSS) |
| In re: <br><br> BHCOSMETICS INTERMEDIATE, LLC <br><br> Debtor. | Chapter 11 <br><br> Case No. 22-10051 (CSS) |
| In re: <br><br> BHCOSMETICS, LLC <br><br> Debtor. | Chapter 11 <br><br> Case No. 22-10052 (CSS) |
| In re: <br><br> VISCERAL AGENCY LLC <br><br> Debtor. | Chapter 11 <br><br> Case No. 22-10053 (CSS) <br><br> **Docket Ref. No. 4** |

## ORDER DIRECTING JOINT ADMINISTRATION
## OF RELATED CHAPTER 11 CASES

Upon consideration of the motion (the "Motion")[1] of the Debtors for entry of an order authorizing the joint administration of these Chapter 11 Cases for procedural purposes only; and upon consideration of the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of Reference*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

28885874.8

from the United States District Court for the District of Delaware, dated as of February 29, 2012; and it appearing that venue of these Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and it appearing that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors, and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be administered jointly under the case of BHCosmetics Holdings, LLC, Case No. 22-10050 (CSS).

3. All pleadings filed in these Chapter 11 Cases shall bear a consolidated caption in the following form:

| | |
|---|---|
| In re: | Chapter 11 |
| BHCOSMETICS HOLDINGS, LLC, *et al.*,[1] | Case No. 22-10050 (CSS) |
| Debtors. | (Jointly Administered) |

FN1: The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: BHCosmetics Holdings, LLC (7827); BHCosmetics Intermediate, LLC (2918); BHCosmetics, LLC (9106); and Visceral Agency LLC (9266). The Debtors' service address for purposes of these chapter 11 cases is 8161 Lankershim Blvd., North Hollywood, CA 91605.

28885874.8

4. The Clerk of the Court shall make a docket entry in each of Debtors' Chapter 11 Cases (except that of BHCosmetics Holdings, LLC) substantially as follows:

> An order has been entered in this case directing the joint administration for procedural purposes only of the chapter 11 cases of BHCosmetics Holdings, LLC, BHCosmetics Intermediate, LLC, BHCosmetics, LLC, and Visceral Agency LLC.  **The docket in the chapter 11 case of BHCosmetics Holdings, LLC, Case No. 22-10050 (CSS), should be consulted for all matters concerning this case**.

5. The Clerk of the Court shall maintain a single pleadings docket and file for all of these Chapter 11 Cases, which shall be the pleadings docket and file for BHCosmetics Holdings, LLC.

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases.

7. This Court shall retain jurisdiction with respect to any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: January 18th, 2022
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

28885874.8